
APPROVED
By tpratt at 1:30 pm, Jun 30, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CATHERINE KUHN, <br> MYCHELLE CASEL, <br> BRYAN STROHM, <br> SHAUN BOOKER, <br> LESTER ROGERS, <br> Individually and on behalf of <br> others similarly situated, <br><br>     Plaintiffs, <br> v. <br><br> ASSET ACCEPTANCE <br> CAPITAL CORP.; <br> ASSET ACCEPTANCE LLC; <br> ASSET ACCEPTANCE RECOVERY <br> SERVICES LLC; <br> LEGAL RECOVERY <br> SOLUTIONS LLC; <br> ENCORE CAPITAL GROUP INC.; <br> RION B. NEEDS; <br> REID E. SIMPSON; <br> DEBORAH L. EVERLY; <br> AAC QUAD-C INVESTORS LLC; <br> QUAD-C MANAGEMENT INC.; <br> HEARTLAND ADVISORS INC.; <br> THE D3 FAMILY FUNDS LP; <br> NIERENBERG INVESTMENT <br> MANAGEMENT CO. <br> and JOHN DOES 1-50. <br><br>     Defendants. | Civil Action No.: 1:14-cv-0059-TWP-DML <br> CLASS ACTION <br><br> **JURY TRIAL DEMANDED** |

NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Plaintiffs, Catherine Kuhn, Mychelle Casel, Bryan Strohm, Shaun Booker, Lester Rogers, individually and on behalf of others similarly situated, pursuant to Local Rule 83.7(4), notify the Court that attorney Jeffrey A. Townsend withdraws his appearance

from this case.

The attorneys of record at Plews Shadley Racher & Braun LLP and Cheesebourough & Boruta LPA will remain as counsel for Plaintiffs, including George M. Plews, Peter M. Racher, Frederick D. Emhardt, Robert D. Cheesebourough, and Matthew D. Boruta.

Dated:  <u>June 27, 2014</u>

        Respectfully submitted
        <u>s/ Jeffrey A. Townsend</u>
        *Attorneys for Catherine Kuhn, Mychelle Casel, Bryan Strohm, Shaun Booker, Lester Rogers, individually and on behalf of others similarly situated*

George M. Plews, Attorney No. 6274-49
Peter M. Racher, Attorney No. 11293-53
Frederick D. Emhardt, Attorney No. 10952-49
Jeffrey A. Townsend, Attorney No. 14082-49
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN  46202
Telephone: (317) 637-0700
Fax: (317) 637-0710
Email: gplews@psrb.com
      pracher@psrb.com
      femhardt@psrb.com
      jtownsend@psrb.com

Robert D. Cheesebourough
Matthew D. Boruta
CHEESEBOUROUGH & BORUTA, L.P.A.
543 East Market Street
Indianapolis, IN 46204
Telephone: (317) 708-3925
Facsimile: (317) 638-2707
Email: rdc@home-saver.org
      boruta17@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June 2014, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

*s/Jeffrey A. Townsend*