UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CATHERINE KUHN,<br>MYCHELLE CASEL,<br>BRYAN STROHM,<br>SHAUN BOOKER,<br>LESTER ROGERS,<br>Individually and on behalf of<br>others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ASSET ACCEPTANCE CAPITAL CORP.;<br>ASSET ACCEPTANCE LLC;<br>ASSET ACCEPTANCE RECOVERY SERVICES LLC;<br>LEGAL RECOVERY SOLUTIONS LLC;<br>ENCORE CAPITAL GROUP INC.;<br>and JOHN DOES 1-50.<br><br>Defendants. | ) | Civil Action No.:<br>1:14-cv-00059-TWP-DML<br>CLASS ACTION<br><br><br>**JURY TRIAL DEMANDED** |

**APPEARANCE**

Amy E. Romig of the law firm Plews Shadley Racher & Braun LLP, hereby enters her appearance on behalf of plaintiffs, Catherine Kuhn, Mychelle Casel, Bryan Strohm, Shaun Booker, and Lester Rogers, individually and on behalf of others similarly situated.

Dated: July 7, 2014

Respectfully submitted,

*s/ Amy E. Romig*

Amy E. Romig, Attorney No. 22523-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202
Telephone: 317-637-0700
Facsimile: 317-637-0710
Email: aromig@psrb.com
*Catherine Kuhn, Mychelle Casel, Bryan Strohm, Shaun Booker, and Lester Rogers, individually and on behalf of all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July 2014, a copy of the foregoing was filed electronically and that all parties of record who have appeared should receive this document via the Court's electronic filing system.

*s/ Amy E. Romig*