UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CATHERINE KUHN individually and on behalf of others similarly situated,<br>MYCHELLE CASEL individually and on behalf of others similarly situated,<br>BRYAN STROHM individually and on behalf of others similarly situated,<br>LESTER ROGERS individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ASSET ACCEPTANCE CAPITAL CORP.,<br>ASSET ACCEPTANCE, LLC,<br>ASSET ACCEPTANCE RECOVERY SERVICES, LLC,<br>LEGAL RECOVERY SOLUTIONS, LLC,<br>ENCORE CAPITAL GROUP, INC.,<br>JOHN DOES 1-50,<br><br>    Defendants. | No. 1:14-cv-00059-TWP-DML |

## SCHEDULING ORDER

Having approved the Case Management Plan as amended, the Court hereby sets the final pretrial conference on <u>November 16, 2016 at 3:00 p.m.</u> in Room 330, and the jury trial to begin on <u>December 12, 2016 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.  The final pretrial conference is for attorneys only.  At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion preparatory to trial.

Date: 8/10/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert D. Cheesebourough
ruaneagle@aol.com

Brian Robison Weir-Harden
BARNES & THORNBURG LLP
brian.weir.harden@btlaw.com

Matthew D. Boruta
CHEESEBOUROUGH & BORUTA
boruta17@hotmail.com

David M. Schultz
HINSHAW & CULBERTSON
dschultz@hinshawlaw.com

Jennifer Jay Kalas
HINSHAW & CULBERTSON
jkalas@hinshawlaw.com

Katherine H. Tresley
HINSHAW & CULBERTSON LLP
ktresley@hinshawlaw.com

Jason L. Santos
HINSHAW & CULBERTSON, LLP
jsantos@hinshawlaw.com

John Paul Ryan
HINSHAW & CULBERTSON, LLP
jryan@hinshawlaw.com

Frederick D. Emhardt
PLEWS SHADLEY RACHER & BRAUN
emhardt@psrb.com

Amy E. Romig
PLEWS SHADLEY RACHER & BRAUN LLP
aromig@psrb.com